IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:08-CR-57-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>RASHAD DEON MYERS ) | O R D E R |

In light of Mr. Myers's letter to the Court, filed February 23, 2012, in which he asserts challenges to his conviction based on the recent decision of *United States v. Simmons*, 649 F.3d 237 (4th Cir. 2011) (en banc), pursuant to Standing Order No.11-SO-3 (E.D.N.C. Oct. 18, 2011), the Office of the Federal Public Defender is appointed to represent Defendant in connection with these proceedings. The Clerk is DIRECTED to serve the Office of the Federal Public Defender with a copy of this order.

SO ORDERED. This ___ day of March, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE